UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 95-6950

LESLIE ANTHONY WEBSTER,

Plaintiff - Appellant,

versus

LIEUTENANT JONES; DEPUTY ATKINSON, a/k/a
Deputy Atkins; SERGEANT STEWARD,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  James C. Turk, District Judge. (CA-94-490-R)

Submitted:  March 21, 1996           Decided:  April 2, 1996

Before NIEMEYER and MICHAEL, Circuit Judges, and BUTZNER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Leslie Anthony Webster, Appellant Pro Se.  William Fain Rutherford, Jr., Elizabeth Kay Dillon, Kevin Scott Blair, WOODS, ROGERS, & HAZLEGROVE, Roanoke, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

   Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Webster v. Jones</u>, No. CA-94-490-R (W.D. Va. May 19, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>